```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 07764
   YOLANDA M FOSTER
   DERRICK A FOSTER                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8406    SSN XXX-XX-3510

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 03/01/2004 and was confirmed 04/26/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  55.97% from remaining funds.

   The case was paid in full 11/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
TRIAD FINANCIAL           SECURED           7050.00      1337.69      7050.00
TRIAD FINANCIAL           UNSECURED         2410.09          .00      1348.86
AMERICREDIT FINANCIAL SE  UNSECURED        NOT FILED         .00           .00
AMERICREDIT               NOTICE ONLY      NOT FILED         .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00           .00
MERRICK BANK              UNSECURED OTH     833.29           .00        466.43
CAPITAL ONE BANK          UNSECURED OTH     655.43           .00        369.19
VALOR INSURANCE           UNSECURED        NOT FILED         .00           .00
ROSELAND COMMUNITY HOSP   UNSECURED        NOT FILED         .00           .00
ST BERNARDS EMERGENCY     UNSECURED        NOT FILED         .00           .00
FIRST CONSUMERS NB        UNSECURED         1190.06          .00        666.04
PREMIER BANCARD CHARTER   UNSECURED          683.62          .00        381.67
PREMIER BANCARD CHARTER   UNSECURED          426.75          .00        238.26
FORD MOTOR CREDIT         UNSECURED        NOT FILED         .00           .00
FMC OMAHA SERVICE CENTER  NOTICE ONLY      NOT FILED         .00           .00
FORD MOTOR CREDIT         NOTICE ONLY      NOT FILED         .00           .00
FORD MOTOR CREDIT         UNSECURED         7375.10          .00       4127.62
FORD MOTOR CREDIT         NOTICE ONLY      NOT FILED         .00           .00
FORD CONSUMER FINANCE     NOTICE ONLY      NOT FILED         .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED          964.06          .00        539.56
LOYALE EMERGENCY          UNSECURED        NOT FILED         .00           .00
EDUCATION DIRECT          UNSECURED        NOT FILED         .00           .00
WEBSTER EMERGENCY PHYSIC  UNSECURED        NOT FILED         .00           .00
SPRINT PAYMENT PROCESSIN  UNSECURED        NOT FILED         .00           .00
SPRINT PCS                UNSECURED        NOT FILED         .00           .00
VERIZON WIRELESS          UNSECURED          751.11          .00        420.39
VERIZON WIRELESS          UNSECURED        NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00          .00           .00
CAPITAL ONE BANK          UNSECURED          647.71          .00        361.62
CAPITAL ONE BANK          UNSECURED         1214.40          .00        679.66
BANKFIRST                 UNSECURED        NOT FILED         .00           .00
TIMOTHY K LIOU            DEBTOR ATTY       2,484.00                   2,484.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 07764 YOLANDA M FOSTER & DERRICK A FOSTER
```

```
TOM VAUGHN                TRUSTEE                              1,177.01
DEBTOR REFUND             REFUND                                 482.25

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE               22,130.25

PRIORITY                                          .00
SECURED                                      7,050.00
    INTEREST                                 1,337.69
UNSECURED                                    9,599.30
ADMINISTRATIVE                               2,484.00
TRUSTEE COMPENSATION                         1,177.01
DEBTOR REFUND                                  482.25
                    ---------------      ---------------
TOTALS                22,130.25             22,130.25
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 02/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```